**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| HARPINDER S. CHAHAL; GURMEET K. CHAHAL, | No. 13-70347 |
| Petitioners, | Agency Nos.   A078-361-295<br>A078-361-296 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 23, 2014[**]

Before:     W. FLETCHER, RAWLINSON, and CHRISTEN, Circuit Judges.

Harpinder S. Chahal and Gurmeet K. Chahal, natives and citizens of India,

petition for review of the Board of Immigration Appeals' ("BIA") order denying

their motion to reopen removal proceedings.  We have jurisdiction under 8 U.S.C.

§ 1252.  We review for abuse of discretion the BIA's denial of a motion to reopen.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Najmabadi v. Holder*, 597 F.3d 983, 986 (9th Cir. 2010). We deny the petition for review.

The BIA did not abuse its discretion by denying petitioners' third motion to reopen as untimely and number-barred where the motion was filed more than eight years after the BIA's final order, *see* 8 C.F.R. § 1003.2(c)(2), and petitioners failed to demonstrate changed conditions that qualify for the regulatory exception to the time limit for filing motions to reopen, *see* 8 C.F.R. § 1003.2(c)(3)(ii); *Najmabadi*, 597 F.3d at 987 (evidence must be "qualitatively different" from the evidence presented at the previous hearing). The record does not support petitioners' contention that the BIA did not fully consider the evidence of police raids at Harpinder's father's house.

**PETITION FOR REVIEW DENIED.**